IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN SHAW,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

    v.                                             Case No.   14-cv-8-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, affirming the Commissioner's decision denying plaintiff John Shaw's application for disability benefits.

| s/ R.Plender, Deputy Clerk | 11/20/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |